Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUP SUNG T.R.D., | Case No.: 2:20-cv-00306-JAK-AGR |
| | <u>Honorable John A. Kronstadt Presiding</u> |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| CAVALINI, INC.; *et al*., | |
| Defendants. | |

1

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE that Plaintiff has reached a settlement agreement with all Defendants in this action. These Parties are currently in the process of memorializing the terms of the agreement and should be in a position to file a dismissal of this matter within forty-five (45) days. This settlement will resolve this matter in its entirety. So owing, Plaintiff respectfully requests that the current hearings, dates, and deadlines be vacated or continued by forty-five (45) days so that the parties can finalize performance of the terms of the agreement and file the appropriate dismissal.

Respectfully submitted,

Date: November 13, 2020   By:   /s/ *Justin M. Gomes*
Scott Alan Burroughs, Esq.
Justin M. Gomes, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff